FRANK CORVASCE v. TECNORM CO.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. PATRICIA WISE.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT OPP.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIS STANCIL.

March 15, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. FERNANDO SANZ.

March 15, 1983.

Petition for certification denied.